UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL KENNETH FOSTER, | ) |
| | ) CASE NO. C12-1851-RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DISMISSING COMPLAINT |
| | ) WITHOUT PREJUDICE |
| BENTON COUNTY JAIL, | ) |
| | ) |
| Defendant. | ) |

The court has reviewed the complaint, the Report and Recommendation (Dkt.# 4) of Mary Alice Theiler, United States Magistrate Judge, and the remaining record. The court notes that no party objected to the Report and Recommendation. The court orders as follows:

(1)   The Court adopts the Report and Recommendation;

(2)   The court DENIES Plaintiff's application to proceed in forma pauperis;

(3)   The court dismisses this action without prejudice, pursuant to 28 U.S.C. § 1406(a), and;

/ / /

/ / /

ORDER DISMISSING COMPLAINT
WITHOUT PREJUDICE
PAGE -1

(4) The court directs the clerk to send this Order to plaintiff, along with the original paperwork filed by plaintiff to open this case. The Clerk shall also send a copy of this Order to Judge Theiler.

DATED this 26th day of November, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER DISMISSING COMPLAINT
WITHOUT PREJUDICE
PAGE -2