01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 RUSSELL KENNETH FOSTER, )
)   CASE NO. C12-1851-RAJ
09        Plaintiff, )
)
10    v. )   ORDER DISMISSING COMPLAINT
)   WITHOUT PREJUDICE
11 BENTON COUNTY JAIL, )
)
12        Defendant. )
_____ )

13

14        The court has reviewed the complaint, the Report and Recommendation (Dkt.# 4) of

15 Mary Alice Theiler, United States Magistrate Judge, and the remaining record.   The court

16 notes that no party objected to the Report and Recommendation.   The court orders as follows:

17        (1)      The Court adopts the Report and Recommendation;

18        (2)      The court DENIES Plaintiff's application to proceed in forma pauperis;

19        (3)      The court dismisses this action without prejudice, pursuant to 28 U.S.C. §

20 1406(a), and;

21 / / /

22 / / /

ORDER DISMISSING COMPLAINT
WITHOUT PREJUDICE
PAGE -1

01          (4)     The court directs the clerk to send this Order to plaintiff, along with the original

02   paperwork filed by plaintiff to open this case.   The Clerk shall also send a copy of this Order to

03   Judge Theiler.

04          DATED this 26th day of November, 2012.

05

06

07   _____

08   The Honorable Richard A. Jones
     United States District Court Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING COMPLAINT
WITHOUT PREJUDICE
PAGE -2